UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| R.S. by and through her guardian ad litem JOHNNIE KENNARD,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE, Comm., Social Security Administration,<br><br>          Defendant, | ED CV 09-02066-JVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted as the Fact and Conclusions of Law herein; (2) that the decision of the Commissioner is reversed and remanded for further Proceedings, pursuant to

1

Sentence 4 of U.S.C. §405(g).

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and on the United States Attorney.

DATED:_December 5, 2013_

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE