UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| R.S. by and through her Guardian<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Comm.<br>Social Security Administration,<br><br>Defendant, | CV 13-00073-JVS (SH)<br>*Corrected*<br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION<br>OF UNITED STATES MAGISTRATE<br>JUDGE |

Pursuant to 28 U.S.C. §636(b)(1)(B), the Court has reviewed the pleadings and other papers herein along with the attached Report and Recommendation of United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

IT IS ORDERED that (1) the Report and Recommendation is approved and accepting as the Fact and Conclusions of Law herein; and (2) Judgment be entered dismissing plaintiff's Complaint.

1     IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2 this Order, the Magistrate Judge's Amended Report and Recommendation and the
3 Judgment by United States mail on the plaintiff and on the United States Attorney
4 for the Central District of California.
5 DATED: _____12.16.13_____

                                                                      JAMES V. SELNA
                                                                       UNITED STATES DISTRICT JUDGE