UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| R.S. by and through her GUARDIAN JOHNNIE KENNARD, | CV 13-00073-JVS (SH) |
| Plaintiff, | Corrected JUDGMENT |
| vs. | |
| CAROLYN COLVIN, Acting COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant, | |

IT IS HEREBY ADJUDGED that the   decision of the Commissioner is affirmed and plaintiff's  Complaint is dismissed.

DATED:_____12.16.13_____

_____
JAMES V. SELNA
UNITED  STATES DISTRICT JUDGE